UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JUDGMENT IN A CIVIL CASE
CASE NUMBER:  9:06-CV-1491 RFT

**ANTHONY D. THOMPSON**
                        Plaintiff,
    VS.

**KEVIN KILCULLEN**, Police Officer,
Schenectady Police Department;
**DETECTIVE FREDERICKS**, Detective,
Schenectady Police Department
                        Defendants,

__X__  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

____  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED and ADJUDGED** through the rendered jury verdict that there is no cause of action against defendants Kevin Kilcullen and Detective Fredericks and judgment is entered in favor of defendants and against plaintiff, Anthony D. Thompson.

Date:  __November 24, 2008__       Clerk:    __Lawrence K. Baerman__

                                  (By) Deputy Clerk:  __S/ Britney Norton__
                                                Britney Norton